UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | 17 Cr. 459 (PAE) |
| MICHAEL WRIGHT, | |
| *Defendant.* | |

      IT IS HEREBY ORDERED that the Clerk of the Court shall make all remaining restitution payments on behalf of Paula Jacelon in the above-referenced case payable to Gary Jacelon, at the following address:

    Gary Jacelon
    912 Otsego Road
    West Hempstead, NY 11552

New York, New York
April 30 , 2025

                                    *Paul A. Engelmayer*
                          THE HONORABLE PAUL A. ENGELMAYER
                          UNITED STATES DISTRICT JUDGE